LINDA L. BARONE v. JANET L. HARRA.

March 11, 1976. Motion for leave to appeal is granted and the matter is remanded to the Appellate Division for a hearing on the merits.

STATE OF NEW JERSEY v. ARTHUR MICHAEL DONNELLY.

March 11, 1976. Motion for summary affirmance of the Appellate Division is granted.